Yvette Davis, State Bar No. 165777
Haight, Brown & Bonesteel
2050 Main Street, Suite 600
Irvine, CA 92614
Phone: 714-426-4607
Fax: 714-754-0826
Email: ydavis@hbblaw.com

Mark A. Knueve (*pro hac vice*)
Daniel J. Clark (*pro hac vice*)
Adam J. Rocco (*pro hac vice*)
VORYS, SATER, SEYMOUR & PEASE LLP
52 E. Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: 614-464-6436
Fax: 614-719-5054
Email: maknueve@vorys.com
        djclark@vorys.com
        ajrocco@vorys.com

*Attorneys for Defendants Big Lots Stores, Inc. and PNS Stores, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Viola Hubbs, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>Big Lots Stores, Inc., an Ohio corporation; PNS Stores, Inc., an Ohio corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01601-JAK-AS<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR CLASS SUMMARY JUDGMENT**<br><br>[Filed concurrently with Defendants' Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities, Declaration of Mark Knueve, Declaration of Keith Mendes, Declaration of Brendan Burke, Declaration of Steven McClain, Declaration of Letty Jeric, Employee Declarations, and [Proposed] Order]<br><br>Date: April 16, 2018.<br>Time: 8:30 a.m.<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Alka Sagar<br>Courtroom: 750-7th Floor |

Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215

COMPENDIUM OF EVIDENCE IN SUPPORT OF
DEFENDANTS' MOTION FOR CLASS
SUMMARY JUDGMENT

Defendants Big Lots Stores, Inc. and PNS Stores, Inc. hereby submit the following Compendium of Evidence in support of their Motion for Class Summary Judgment.

I.  Declaration of Mark A. Knueve in Support of Defendants' Motion for Class Summary Judgment ("Knueve Decl.").

    1.  Attached as Exhibit A to the Knueve Decl. is relevant testimony from the deposition of Viola Hubbs.

    2.  Attached as Exhibit B to the Knueve Decl. is relevant testimony from the deposition of Brandon Coleman.

        A.  Exhibit 3 to the Deposition of Brandon Coleman is Brandon Coleman's Signed Associate Handbook Acknowledgment Form.

    3.  Attached as Exhibit C to the Knueve Decl. is relevant testimony from the deposition of Tamika Williams.

        A.  Exhibit 6 to the Deposition of Tamika Williams is Tamika Williams's Signed Acknowledgement of Receipt of California Associate Handbook.

    4.  Attached as Exhibit D to the Knueve Decl. is relevant testimony from the deposition of Letty Jeric.

        A.  Exhibit 9 to the Deposition of Letty Jeric is relevant policies from the Big Lots Associate Handbook – California.

    5.  Attached as Exhibit E to the Knueve Decl. is relevant testimony from the deposition of Williams Boas.

        A.  Exhibit 2 to the Deposition of William Boas is Big Lots's Nonexempt Pay – Stores Policy.

        B.  Exhibit 9 to the Deposition of William Boas is Big Lots's Closing Procedures Policy.

    6.  Attached as Exhibit F to the Knueve Decl. is relevant testimony from the deposition of Dominic Zuccala.

    7.  Attached as Exhibit G to the Knueve Decl. is relevant testimony from the deposition of Steven James McClain.

    8.  Attached as Exhibit H to the Knueve Decl. is relevant testimony from the deposition of Robert Stockwell.

    9.  Attached as Exhibit I to the Knueve Decl. is relevant testimony from the deposition of Carlos Estes.

Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215

COMPENDIUM OF EVIDENCE IN SUPPORT OF
DEFENDANTS' MOTION FOR CLASS          - 1 -
SUMMARY JUDGMENT

1
2
3

     10.  Attached as Exhibit J to the Knueve Decl. is a is a true and accurate copy of the order granting summary judgment *Gonzalez v. Downtown LA Motors*, No. BC350769, (Los Angeles Ct. Super. Ct. June 20, 2011).

4    II.   Declaration of Letty Jeric.

5    III.  Declaration of Brendant Burke.

6    IV.  Declaration of Steven James McClain.

7    V.   Declarations of Employees.

8    VI.  Declaration of Keith Mendez.

9

10  Dated:  January 23, 2018.

11

                                */s/Mark A. Knueve*

12

Mark A. Knueve (*pro hac vice*)
Daniel J. Clark (*pro hac vice*)
Adam J. Rocco (*pro hac vice*)

13

VORYS, SATER, SEYMOUR AND PEASE LLP

14

52 E. Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008

15

Phone:  614-464-6436
Fax:  614-719-5054

16

Email: maknueve@vorys.com

17

            djclark@vorys.com
            ajrocco@vorys.com

18

Yvette Davis, State Bar No. 165777
Haight, Brown & Bonesteel

19

2050 Main Street, Suite 600
Irvine,  CA  92614

20

Phone:  714-426-4607
Fax:  714-754-0826

21

Email:  ydavis@hbblaw.com

22

23

*Attorneys for Defendants Big Lots Stores, Inc. and PNS Stores, Inc.*

24

25

26

27

28

Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR CLASS SUMMARY JUDGMENT

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2018, the foregoing and the exhibits referenced therein were filed with the Clerk of the Court for the United States District Court for Central District of California via the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Mark A. Knueve*
Mark A. Knueve

Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215

COMPENDIUM OF EVIDENCE IN SUPPORT OF
DEFENDANTS' MOTION FOR CLASS          - 3 -
SUMMARY JUDGMENT