1  Mark Yablonovich, Esq., Cal. State Bar No. 186670
   mark@yablonovichlaw.com
2  LAW OFFICES OF MARK YABLONOVICH
   1875 Century Park East, Suite 700
3  Los Angeles, California 90067-2508
   Telephone: (310) 286-0246 • Fax: (310) 407-5391
4
5  Attorneys for Plaintiffs Viola Hubbs,
   Brandon Coleman, Tamika Williams, and the Class
6  *(Additional Counsel on Next Page)*
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 VIOLA HUBBS, BRANDON COLEMAN, TAMIKA WILLIAMS, individually, and on behalf of other members of the general public similarly situated, | Case No.: 2:15-cv-01601 JAK (ASx) |
| 12 | CLASS ACTION & ENFORCEMENT ACTION UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ.* |
| 13 | |
| 14       Plaintiffs, | |
| 15     vs. | **SECOND JOINT STIPULATION REGARDING BRIEFING SCHEDULE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 16 BIG LOTS STORES, INC., an Ohio corporation; PNS STORES, INC., an Ohio corporation; and DOES 1 through 10, inclusive, | |
| 17 | |
| 18       Defendants. | [Concurrently filed with [Proposed] Order Granting Second Joint Stipulation Re Briefing Schedule] |
| 19 | |
| 20 | Pretrial conference:  None<br>Trial date:          None |

21
22
23
24
25
26
27
28

Matthew C. Helland, Cal. State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street Suite 810
San Francisco, CA 94104
Telephone:   (415) 277-7235
Facsimile: (415) 277-7238

Paul J. Lukas (admitted *pro hac vice*)
lukas@nka.com
Matthew H. Morgan (admitted *pro hac vice*)
morgan@nka.com
NICHOLS KASTER, LLP
80 South Eighth Street
4600 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 256-3200
Facsimile: (612) 338-4878

In association with counsel for Plaintiffs

Yvette Davis, State Bar No. 165777
HAIGHT, BROWN & BONESTEEL
2050 Main Street, Suite 600
Irvine, CA  92614
Phone:  714-426-4607
Fax:  714-754-0826
Email:  ydavis@hbblaw.com

Mark A. Knueve (admitted *pro hac vice*)
Daniel J. Clark (admitted *pro hac vice*)
Adam J. Rocco (admitted *pro hac vice*)
VORYS, SATER, SEYMOUR and PEASE LLP
52 E. Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone:  614-464-6436
Fax:  614-719-4650
Email:  maknueve@vorys.com
        djclark@vorys.com
        ajrocco@vorys.com

Attorneys for Defendants Big Lots Stores, Inc. and PNS Stores, Inc.

Subject to Court approval, Defendants Big Lots Stores, Inc. and PNS Stores, Inc. ("Big Lots" or "Defendants") and Plaintiffs Viola Hubbs, Brandon Coleman, and Tamika Williams ("Plaintiffs") (together with Big Lots, the "Parties"), stipulate as follows:

1.      On October 28, 2019 (ECF No. 338), the Court signed the Parties' first joint stipulation to extend the deadline to file the Motion for Preliminary Approval. The Court approved the following briefing schedule on the Motion for Preliminary Approval of Class Action Settlement:

        a.      Motion to be filed no later than November 25, 2019;

        b.      Opposition, if any, to be filed by December 9, 2019;

        c.      Reply, if any, to be filed by December 16, 2019.

2.      In the Court's October 28, 2019, Order, it stated that "[a]bsent a showing of compelling reasons that could not reasonably have been anticipated, there will be no further extensions of these deadlines." Although the Parties have agreed to substantially all material terms, a single unanticipated issue relating to non-monetary relief arose this week. The Parties have resolved this issue and are finalizing the language. Because of this, Plaintiffs' Counsel need additional time to obtain signatures from all four Plaintiffs – one of whom is currently homeless – on both the long form agreement and supporting declarations that must be filed with the Motion for Preliminary Approval.

3.      The Parties therefore agree to continue the briefing schedule for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement by 10 days.

4.      The Parties have conferred and agree that a hearing on the Motion is not necessary and waive oral argument.

5.      The Parties hereby request that the Court issue an order setting the preliminary approval schedule as follows:

//

//

SECOND JOINT STIPULATION RE BRIEFING SCHEDULE

| Event | Deadline/Date |
|---|---|
| Last Day to file Motion for Preliminary Approval of Class Action Settlement | December 5, 2019 |
| Last Day to file any responses to the Motion | December 19, 2019 |
| Last day to file any replies to the Motion | December 27, 2019 |

Dated: November 21, 2019   Respectfully submitted,

Law Offices of Mark Yablonovich

*/s/Mark Yablonovich*
Mark Yablonovich
Attorney for Plaintiffs Viola Hubbs, Brandon
Coleman, Tamika Williams, and the Class

Dated:  November 21, 2019   Respectfully submitted,

Vorys, Sater, Seymour and Pease, LLP

*/s/Mark Knueve*
Mark Knueve
Attorney for Defendants
Big Lots Stores, Inc. and PNS Stores, Inc.

**<u>Statement Pursuant to L.R. 5-4.3.4(a)(2)(i)</u>**

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 21, 2019

*/s/Mark Yablonovich*

Mark Yablonovich
Law Offices of Mark Yablonovich

Attorney for Plaintiffs Viola Hubbs, Brandon Coleman, Tamika Williams, and the Class