UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA HUBBS, BRANDON COLEMAN, TAMIKA WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; PNS STORES, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-01601 JAK (ASx)<br><br>**ORDER RE PLAINTIFFS' STIPULATION RE DIVISION OF ATTORNEYS' FEES (DKT. 370)** |
| ROXANNE SLUSHER, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; BIG LOTS F&S, INC., an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | |

Based on a review of Plaintiffs' Stipulation re Division of Attorney's Fees (the "Stipulation" (Dkt. 370)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and the award of $2,200,000 in attorneys' fees is divided among Plaintiffs' Counsel as follows:

| **Plaintiffs' Counsel** | **Portion of Fee Award** |
|---|---|
| Law Offices of Mark Yablonovich | $1,367,437.50 |
| Capstone Law | $241,312.50 |
| Nichols Kaster | $178,750.00 |
| Setareh Law Group | $412,500.00 |
| Total | $2,200,000.00 |

**IT IS SO ORDERED.**

DATED: July 23, 2021

John A. Kronstadt
United States District Judge